

United States District Court
Eastern District of California

| Kenneth Njonjo |
|---|
Plaintiff(s)

Case Number:  1:26-cv-03901-DC-CKD

V.

| Blanche, et al. |
|---|
Defendant(s)

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Alycia T. Moss _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Kenneth Njonjo

On _____ 09/29/2005 _____ (date), I was admitted to practice and presently in good standing in the

_____ Idaho Supreme Court _____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

N/A

Date: _____ 05/20/2026 _____          Signature of Applicant: /s/ Alycia T. Moss _____

U.S. District Court – Pro Hac Vice Application                                                    Page 1
Revised July 6, 2021

**Pro Hac Vice Attorney**

Applicant's Name: Alycia T. Moss

Law Firm Name: Fennemore Craig, P.C.

Address: 233 E. Harrison Ave.

City: Coeur d'Alene      State: ID      Zip: 83814

Phone Number w/Area Code: (208) 956-0135

City and State of Residence: Coeur d'Alene, ID

Primary E-mail Address: amoss@fennemorelaw.com

Secondary E-mail Address: avasquez@fennemorelaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Elise C. O'Brien

Law Firm Name: Fennemore Craig, P.C.

Address: 18881 Von Karman Ave.

Suite 1260

City: Irvine      State: CA      Zip: 92612

Phone Number w/Area Code: (949) 430-3417      Bar # 245967

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 17, 2026

Dena Coggins
United States District Judge